IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ANNE DELTORO, | Civil No. 06-431-KI |
| Plaintiff, | |
| vs. | ~~PROPOSED~~ ORDER ATTORNEY FEES |
| MICHAEL J. ASTRUE,<br>Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,838.16 and costs in the amount of $250.00, are awarded to Plaintiff's attorney, Merrill Schneider, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. There are no expenses to be paid herein.

DATED this __21__ day of __Feb_____, 2007.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ DAPHNE BANAY
Special Assistant United States Attorney
(206) 615-2113
of Attorneys for Defendant

ORDER - [06-431-KI]