MERRILL SCHNEIDER, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Law Offices
PO Box 16310
Portland, Oregon 97292-0310
Phone: 503-255-9092
Fax: 503-255-9145
Attorneys for Anne Deltoro, Plaintiff

FILED'08 JUN 16 11:17USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Anne Deltoro,

        Plaintiff,                                    CV # 06-431-KI

v.                                                ORDER

MICHAEL ASTRUE, Commissioner
of Social Security,

        Defendant.

---

Based upon the unopposed motion for 42 U.S.C. §406(b) fees, plaintiff's attorneys are allowed a §406(b) fee of $5862.75. As the agency did not withhold money to pay that fee, as the net fee to plaintiff's attorneys would be $1024.59 ($5862.75 less the EAJA fee of $4838.16 which would have been refunded to plaintiff if fees were withheld and paid by the agency), and as the plaintiff has agreed to pay the net fee of $1024.59, that net fee shall be paid directly from the plaintiff to her attorneys.

Dated this 16 day of _June_, 2008.

_____
Garr King
United States District Judge